```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :   10 Civ. 2939 (DLC)
D'ANGELO NUNEZ,                          :
                     Petitioner,         :   05 Cr. 909 (DLC)
          -v-                            :
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                     Respondent.         :
                                         :
-----------------------------------------X
```

USDC SDNY ORDER
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10

DENISE COTE, District Judge:

On April 6, 2010, pro se petitioner D'Angelo Nunez filed a petition for habeas corpus under 28 U.S.C. § 2255. On May 17, the Court's Pro Se Office received from the petitioner a "Motion to Supplement Petitioner's § 2255 Motion." Because the Motion to Supplement did not indicate that the respondent had been served with a copy of the Motion to Supplement, which is required under Rule 5(a) of the Federal Rules of Civil Procedure, it was rejected and returned to the petitioner. On June 28, the Court's Pro Se Office again received a "Motion to Supplement Petitioner's § 2255 Motion." With this document, the petitioner submitted an Affirmation of Service attesting that the Motion to Supplement had been served on the Clerk of Court for this Courthouse. It is hereby

ORDERED that the petitioner serve one copy of his Motion to Supplement, as well as all future documents, to the attention of:

> Avi Weitzman
> Jillian Berman
> U.S. Attorney's Office
> 1 Saint Andrews Plaza
> New York, NY 10007.

IT IS FURTHER ORDERED that the petitioner must promptly file an affidavit of service by mailing it to the Court's Pro Se Office when he effects service on the respondent.

IT IS FURTHER ORDERED that the respondent's answer or other responsive pleading, along with the relevant transcripts, is now due fourteen days after the petitioner's Motion to Supplement is served.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         July 2, 2010

*[signature]*
DENISE COTE
United States District Judge

Copies sent to:

D'Angelo Nunez
53228-054
FCI - Memphis
P.O. Box 34550
Memphis, TN 38184-0550

Avi Weitzman
Jillian Berman
U.S. Attorney's Office
1 Saint Andrews Plaza
New York, NY 10007